UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-5010 DOC (MRW) | Date | January 13, 2014 |
|---|---|---|---|
| Title | Whatley v. Cash | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| None present | | None present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL OF ACTION

      The Attorney General previously filed a motion to dismiss this habeas action as untimely. (Docket # 10.)  Petitioner filed a response to the motion that the Court explained was insufficient to establish the timeliness of his action.  (Docket # 13, 14.)  Petitioner's filing also did not meet the requirements for establishing equitable tolling under Ninth Circuit precedent.  In its order, the Court directed Petitioner to file a supplemental submission demonstrating why he believed he was entitled to equitable tolling or other relief.  (Docket # 14.)  To date, however, Petitioner has not filed any supplemental submission.

      Therefore, the Court orders Petitioner to show cause why the action should not be summarily dismissed.  Petitioner is required to file his response to the motion <u>and</u> an explanation as to the delay in filing his response by or before <u>February 10, 2014</u>.

      **Failure to file a timely response to this Order as directed above will result in a recommendation that this action be dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**