# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD WAYNE WHATLEY,<br><br>        Petitioner,<br>    vs.<br><br>B.M. CASH, Warden,<br><br>        Respondent. | Case No. CV 13-5010 DOC (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: April 10, 2014

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE